218 So.2d 45

**STATE of Louisiana**

**v.**

**LaMar C. RODGERS.**

No. 49656.

Feb. 6, 1969.

In re: LaMar C. Rodgers applying for writ of habeas corpus.

The application is denied. The application discloses that petitioner is not imprisoned under the sentences complained of and that the sentences have expired. Applicant is presently outside the State of Louisiana.